IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| LINDA PAUWELS, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 4:23-CV-00851-OA |
| ALLIED PILOTS ASSOCIATION | ) |
| *Defendant*, | ) |
| & | ) |
| AMERICAN AIRLINES, INC. | ) |
| *Defendant*. | ) |

## RULE 41 STIPULATION OF DISMISSAL

Plaintiff, Linda Pauwels, and Defendants, Allied Pilots Association ("APA") and American Airlines, Inc. ("AA"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to a dismissal of all claims, with prejudice, each side to bear their own fees and costs.

Dated:  October 30, 2024

/s/ Adam Augustine Carter
R. Scott Oswald, Esq.
Washington, DC Bar No. 458859
Adam Augustine Carter, Esq.
Washington, DC Bar No. 437381
THE EMPLOYMENT LAW GROUP, P.C.
1717 K St., NW, Ste. 1110
Washington, D.C. 20006
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com
(202) 261-2803
(202) 261-2835 (facsimile)


/s/ Kenneth N. Hickox
Kenneth N. Hickox, Jr., Esq.
State Bar No. 24025194
GARDNER HAAS PLLC
2501 N. Harwood Street, Suite 1250
Dallas, TX  75201
kh@GardnerHaas.com
Telephone: (214) 712-8247
**Attorneys for Plaintiff**

Respectfully submitted,

/s/ Russell D. Cawyer
Russell D. Cawyer, Esq.
Isabelle L. Hutchinson, Esq.
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
russell.cawyer@kellyhart.com
isabelle.hutchinson@kellyhart.com
Telephone: (817) 332-2500
Facsimile: (817) 335-2820
**Attorneys for Defendant AA**


/s/ Robert Alexander
Robert Alexander, Esq.
Joshua B. Shiffrin, Esq.
Cole Hanzlicek, Esq.
BREDHOFF & KAISER P.L.L.C.
805 15th Street NW, Suite 1000
Washington D.C. 20005
ralexander@bredhoff.com
jshiffrin@bredhoff.com
chanzlicek@bredhoff.com
Telephone: (202) 644-5137
**Attorneys for Defendant APA**